# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SOLID FINANCIAL TECHNOLOGIES, INC.,[1] <br><br> Debtor. | Chapter 11 <br> Subchapter V <br><br> Case No. 25-10669 (BLS) |

## DEBTORS' NOTICE OF AMENDMENT TO
## 3.1 AND 4.1 OF ITS STATEMENT OF FINANCIAL AFFAIRS

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession (the "Debtor"), hereby provides notice (this "Notice") that the Debtor has amended 3.1 and 4.1 of its Statement of Financial Affairs (the "SOFA"), as set forth below.

### ORIGINAL STATEMENT OF FINANCIAL AFFAIRS

On May 5, 2025, the Debtor filed its Schedules of Assets and Liabilities and its Statement of Financial Affairs [Docket Nos. 58-59] (collectively, the "Schedules and Statement").

### AMENDED STATEMENT OF FINANCIAL AFFAIRS

After filing the SOFA, the Debtor learned that it inadvertently listed affiliate, Solid Financial Technologies Private Limited, on SOFA 3.1, instead of SOFA 4.1. Accordingly, the Debtor has amended 3.1 and 4.1 of the SOFA (the "Amended SOFA") to move pre-petition payments made to such affiliate from SOFA 3.1 to SOFA 4.1. The Debtor's Amended SOFA is attached hereto as **Exhibit A**.

Except for the Amended SOFA, no changes have been made to the Schedules and Statement since they were originally filed. The Amended SOFA is hereby incorporated into, and comprises, an integral part of the Schedules and Statement.

### GLOBAL NOTES

The Amended SOFA remains subject in all respects to the *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* filed with the Schedules and Statement.

---

[1] The Debtor in this chapter 11 case, its jurisdiction of organization, and the last four digits of its U.S. taxpayer identification number is: Solid Financial Technologies, Inc., a Delaware corporation (8838). The Debtor's corporate headquarters is located at: 380 Portage Ave, Palo Alto, CA 94306.

WBD (US) 4918-8356-3329

**RESERVATION OF RIGHTS**

The Debtor reserves its rights to dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules as to the nature, amount, liability, classification, or otherwise.  The Debtor reserves all rights to further amend or supplement the Amended SOFA and the Schedules and Statement.  In addition, nothing contained in this Notice shall preclude the Debtor from objecting to any claim, whether scheduled or filed on any and all grounds.

| | |
|---|---|
| Dated: May 21, 2025<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Marcy J. McLaughlin Smith*<br>Matthew P. Ward (DE Bar No. 4471)<br>Todd A. Atkinson (DE Bar No. 4825)<br>Marcy J. McLaughlin Smith (DE Bar No. 6184)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-4320<br>Facsimile:   (302) 252-4330<br>Email:  matthew.ward@wbd-us.com<br>Email:  todd.atkinson@wbd-us.com<br>Email: marcy.smith@wbd-us.com<br><br>*Counsel to the Debtor* |